IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PINK FLOYD (1987) LIMITED,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:18-cv-6991

Judge Manish S. Shah

Magistrate Judge Sheila M. Finnegan

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on January 9, 2019 [38], in favor of Plaintiff and against the Defendants Identified in Amended Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| No. | Defendant |
| --- | --- |
| 561 | FUNNYRUI 3C Digital Store Store |
| 562 | FUNNYRUI Franchised Store |
| 570 | Shenzhen RuiXing Factory Store |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: August 20, 2019  Respectfully submitted,

*Yi Bu*
_____

Yi Bu (Bar No. 6328713)

JiangIP LLC

233 South Wacker Drive, 84th Floor

Chicago, Illinois 60606

Telephone: 312-283-8091

Email: yanling@jiangip.com

**ATTORNEY FOR PLAINTIFF**

Subscribed and sworn before me by Yi Bu, on this 20 th day of August, 2019. Given under by hand and notarial seal.

*Ollie B. Jones*
_____
Notary Public

OFFICIAL SEAL
OLLIE B. JONES
Notary Public - State of Illinois
My Commission Expires 4/07/2022

State of Illinois

County of Cook